# UNITED STATES BANKRUPTCY COURT
### NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

In Re: §
§
Isom Bearden § Case No. 17-25901
§
Debtor §

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter 7 of the United States Bankruptcy Code was filed on 08/29/2017. The undersigned trustee was appointed on 08/29/2017.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

| | | |
|---|---|---|
| 4. The trustee realized gross receipts of | $ | 20,000.00 |
| Funds were disbursed in the following amounts: | | |
| Payments made under an interim disbursement | | 0.00 |
| Administrative expenses | | 0.00 |
| Bank service fees | | 0.00 |
| Other payments to creditors | | 0.00 |
| Non-estate funds paid to 3rd Parties | | 0.00 |
| Exemptions paid to the debtor | | 5,660.00 |
| Other payments to the debtor | | 0.00 |
| Leaving a balance on hand of[1] | $ | 14,340.00 |

The remaining funds are available for distribution.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011) *(Page: 1)*

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6. The deadline for filing non-governmental claims in this case was 01/04/2018 and the deadline for filing governmental claims was 02/26/2018 . All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $ 2,184.00 . To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $ 0.00 as interim compensation and now requests a sum of $ 2,184.00 , for a total compensation of $ 2,184.00 [2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $ 0.00 , and now requests reimbursement for expenses of $ 15.56 , for total expenses of $ 15.56 [2].

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 01/22/2019                By: /s/STEVEN R. RADTKE
                                        Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

UST Form 101-7-TFR (5/1/2011) *(Page: 2)*

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit A

| Case No: | 17-25901 | DLT | Judge: | Deborah L. Thorne | Trustee Name: | STEVEN R. RADTKE |
|---|---|---|---|---|---|---|
| Case Name: | Isom Bearden | | | | Date Filed (f) or Converted (c): | 08/29/2017 (f) |
| | | | | | 341(a) Meeting Date: | 10/02/2017 |
| For Period Ending: | 01/22/2019 | | | | Claims Bar Date: | 01/04/2018 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 6932 South Paxton Avenue Chicago Il 60649-1718 Cook | 425,000.00 | 425,000.00 | OA | 0.00 | FA |
| 2. 2014 Ford Fusion Mileage: 19000 Location: 6932 South Paxton | 10,500.00 | 10,500.00 | | 0.00 | FA |
| 3. 2001 Chrysler Prowler Mileage: 14000 Location: 6932 South Pa | 20,000.00 | 20,000.00 | | 20,000.00 | FA |
| 4. Living Room Set: 1 Couch, Chase Lounge, Coffee Table From 19 | 90.00 | 0.00 | | 0.00 | FA |
| 5. Queen Bed & Night Stand Location: 6932 South Paxton Avenue, | 70.00 | 0.00 | | 0.00 | FA |
| 6. Computer Desk Location: 6932 South Paxton Avenue, Chicago Il | 20.00 | 0.00 | | 0.00 | FA |
| 7. Dining Table & Chairs Location: 6932 South Paxton Avenue, Ch | 80.00 | 0.00 | | 0.00 | FA |
| 8. Wall Unit Location: 6932 South Paxton Avenue, Chicago Il 606 | 50.00 | 0.00 | | 0.00 | FA |
| 9. Tv Location: 6932 South Paxton Avenue, Chicago Il 60649-1718 | 200.00 | 0.00 | | 0.00 | FA |
| 10. Laptop Location: 6932 South Paxton Avenue, Chicago Il 60649- | 50.00 | 0.00 | | 0.00 | FA |
| 11. Clothes Location: 6932 South Paxton Avenue, Chicago Il 60649 | 350.00 | 0.00 | | 0.00 | FA |
| 12. Kitchen Appliances: Stove & Fridge Location: 6932 South Paxt | 100.00 | 0.00 | | 0.00 | FA |
| 13. Cash Location: 6932 South Paxton Avenue, Chicago Il 60649-1 | 80.00 | 0.00 | | 0.00 | FA |
| 14. Location: 6932 South Paxton Avenue, Chicago Il 60649-1718 T | 2,500.00 | 0.00 | | 0.00 | FA |
| 15. Location: 6932 South Paxton Avenue, Chicago Il 60649-1718 J | 600.00 | 0.00 | | 0.00 | FA |
| INT. Post-Petition Interest Deposits (u) | Unknown | N/A | | 0.00 | Unknown |

Gross Value of Remaining Assets

| TOTALS (Excluding Unknown Values) | $459,690.00 | $455,500.00 | $20,000.00 | $0.00 |

(Total Dollar Amount in Column 6)

Exhibit A

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

8/2018 Objection filed to Claim No. 6

6/2018  Court has taken matter re bank funds under advisement

3/2018 Trustee and creditor made competing claims to funds on deposit at JPMorgan Chase

2/2018 Trustee made demand for turnover of funds held in account at JPMorgan Chase

12/2017  Trustee authorized to sell estate's right title and interest in 2001 Chrysler Prowler Convertible automobile for $20K

10/2017 Trustee will administer 2001 Chrysler Prowler Convertible  automobile


Initial Projected Date of Final Report (TFR): 06/01/2019         Current Projected Date of Final Report (TFR): 06/01/2019

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

| | |
|---|---|
| Case No: 17-25901 | Trustee Name: STEVEN R. RADTKE |
| Case Name: Isom Bearden | Bank Name: Associated Bank |
| | Account Number/CD#: XXXXXX6412 |
| | Checking |
| Taxpayer ID No: XX-XXX0323 | Blanket Bond (per case limit): $5,000,000.00 |
| For Period Ending: 01/22/2019 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 11/17/17 | 3 | Barbara Casey | Proceeds of Sale of Automobile | 1129-000 | $20,000.00 | | $20,000.00 |
| 12/19/18 | 1001 | Isom Bearden<br>6932 SOUTH PAXTON AVENUE<br>CHICAGO, IL  60649-1718 | Debtor Exemptions<br>$2,400 [735 ILCS 5/12-1001(c)]<br>$3,260 [735 ILCS 5/12-1001(b)] | 8100-002 | | $5,660.00 | $14,340.00 |

|  | | |
|---|---|---|
| COLUMN TOTALS | $20,000.00 | $5,660.00 |
| Less: Bank Transfers/CD's | $0.00 | $0.00 |
| Subtotal | $20,000.00 | $5,660.00 |
| Less: Payments to Debtors | $0.00 | $5,660.00 |
| Net | $20,000.00 | $0.00 |

UST Form 101-7-TFR (5/1/2011) *(Page: 5)*                    Page Subtotals:                    $20,000.00    $5,660.00

Exhibit B

TOTAL OF ALL ACCOUNTS

|  | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX6412 - Checking | $20,000.00 | $0.00 | $14,340.00 |
|  | $20,000.00 | $0.00 | $14,340.00 |
|  | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | |
|---|---|
| Total Allocation Receipts: | $0.00 |
| Total Net Deposits: | $20,000.00 |
| Total Gross Receipts: | $20,000.00 |

Exhibit C
ANALYSIS OF CLAIMS REGISTER

Case Number: 17-25901  
Debtor Name: Isom Bearden  
Claims Bar Date: 1/4/2018  

Date: January 22, 2019

| Code # | Creditor Name And Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 100 2100 | STEVEN R. RADTKE<br>CHILL, CHILL & RADTKE, P.C.<br>79 WEST MONROE STREET<br>SUITE 1305<br>CHICAGO, IL 60603<br>, | Administrative | | $0.00 | $2,184.00 | $2,184.00 |
| 100 2200 | STEVEN R. RADTKE<br>CHILL, CHILL & RADTKE, P.C.<br>79 WEST MONROE STREET<br>SUITE 1305<br>CHICAGO, IL 60603<br>, | Administrative | | $0.00 | $15.56 | $15.56 |
| 100 3110 | STEVEN R. RADTKE<br>CHILL, CHILL & RADTKE, P.C.<br>79 WEST MONROE STREET<br>SUITE 1305<br>CHICAGO, IL 60603<br>, | Administrative | | $0.00 | $1,500.00 | $1,500.00 |
| 100 3120 | STEVEN R. RADTKE<br>CHILL, CHILL & RADTKE, P.C.<br>79 WEST MONROE STREET<br>SUITE 1305<br>CHICAGO, IL 60603<br>, | Administrative | | $0.00 | $59.44 | $59.44 |
| 2 250 4110 | City Of Chicago<br>Department Of Finance- Utility Bill<br>Po Bix 6330<br>Chicago, Il 60680-6330 | Secured | Claim No. 2 is moot and disallowed pursuant to order of Court dated 1/8/19 | $692.70 | $586.16 | $0.00 |
| 6 260 4110 | Tonya Spencer<br>C/O Illinois Advocates, Llc<br>William M Tasch And Cassandra Voissem<br>77 W. Washington St., Ste 2120<br>Chicago, Il 60602 | Secured | Secured by 2001 Chrysler Prowler automobile | $35,000.00 | $20,000.00 | $20,000.00 |
| 6 280 5800 | Tonya Spencer<br>C/O Illinois Advocates, Llc<br>William M Tasch And Cassandra Voissem<br>77 W. Washington St., Ste 2120<br>Chicago, Il 60602 | Priority | | $0.00 | $2,850.00 | $2,850.00 |
| 1 300 7100 | Department Of The Treasury<br>Internal Revenue Service<br>Cincinnati, Oh 45999-0025 | Unsecured | | $1,738.76 | $1,742.95 | $1,742.95 |

Exhibit C
ANALYSIS OF CLAIMS REGISTER

Case Number: 17-25901  
Debtor Name: Isom Bearden  
Claims Bar Date: 1/4/2018  
Date: January 22, 2019

| Code # | Creditor Name And Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 3<br>300<br>7100 | Slm Bank C/O<br>Navient Solutions, Llc.<br>Po Box 9640<br>Wilkes-Barre, Pa 18773-9640 | Unsecured | | $1,965.00 | $2,016.35 | $2,016.35 |
| 4<br>300<br>7100 | Tamela Christian<br>10900 South Sangamon<br>Chicago, Il 60643 | Unsecured | Claim No. 4 allowed as a general unsecured claim without priority pursuant to order entered 4/3/18 | $4,960.90 | $4,960.90 | $4,960.90 |
| 5<br>300<br>7100 | American Express Centurion Bank<br>C/O Becket And Lee Llp<br>Po Box 3001<br>Malvern Pa 19355-0701 | Unsecured | | $2,065.00 | $1,238.98 | $1,238.98 |
| 6<br>300<br>7100 | Tonya Spencer<br>C/O Illinois Advocates, Llc<br>William M Tasch And Cassandra Voissem<br>77 W. Washington St., Ste 2120<br>Chicago, Il 60602 | Unsecured | Balance claimed to be secured by 6930-6932 S. Paxton Avenue and JPMorgan Chase Bank Account is moot and disallowed without prejudice pursuant to order of Court dated 1/8/19 | $35,000.00 | $21,350.54 | $21,350.54 |
| | Case Totals | | | $81,422.36 | $58,504.88 | $57,918.72 |

Code#: Trustee's Claim Number, Priority Code, Claim Type (UTC)

## TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 17-25901
Case Name: Isom Bearden
Trustee Name: STEVEN R. RADTKE

Balance on hand $ 14,340.00

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|---|
| 2 | City Of Chicago-Disallowed | $ 586.16 | $ 0.00 | $ 0.00 | $ 0.00 |
| 6 | Tonya Spencer | $ 20,000.00 | $ 20,000.00 | $ 0.00 | $ 10,581.00 |

Total to be paid to secured creditors $ 10,581.00

Remaining Balance $ 3,759.00

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: STEVEN R. RADTKE | $ 2,184.00 | $ 0.00 | $ 2,184.00 |
| Trustee Expenses: STEVEN R. RADTKE | $ 15.56 | $ 0.00 | $ 15.56 |
| Attorney for Trustee Fees: STEVEN R. RADTKE | $ 1,500.00 | $ 0.00 | $ 1,500.00 |
| Attorney for Trustee Expenses: STEVEN R. RADTKE | $ 59.44 | $ 0.00 | $ 59.44 |

Total to be paid for chapter 7 administrative expenses $ 3,759.00

Remaining Balance $ 0.00

Applications for prior chapter fees and administrative expenses have been filed as follows:

UST Form 101-7-TFR (5/1/2011) *(Page: 9)*

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 2,850.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 6 | Tonya Spencer | $ 2,850.00 | $ 0.00 | $ 0.00 |
| | Total to be paid to priority creditors | | | $ 0.00 |
| | Remaining Balance | | | $ 0.00 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 31,309.72 have been allowed and will be paid pro rata only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Department Of The Treasury | $ 1,742.95 | $ 0.00 | $ 0.00 |
| 3 | Slm Bank C/O | $ 2,016.35 | $ 0.00 | $ 0.00 |
| 4 | Tamela Christian | $ 4,960.90 | $ 0.00 | $ 0.00 |
| 5 | American Express Centurion Bank | $ 1,238.98 | $ 0.00 | $ 0.00 |
| 6 | Tonya Spencer | $ 21,350.54 | $ 0.00 | $ 0.00 |
| | Total to be paid to timely general unsecured creditors | | | $ 0.00 |

    Remaining Balance                                                                 $_____0.00_

    Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent.

    Tardily filed general (unsecured) claims are as follows:

NONE

    Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent.

    Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE