UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re | ) | Chapter 7 |
| | ) | Case No. 17-25901 |
| | ) | |
| ISOM BEARDEN, | ) | Hon. Deborah L. Thorne |
| | ) | |
| | ) | |
| Debtor. | ) | |

### Certificate Of Service

I, Steven R. Radtke, hereby certify that on **February 28, 2019**, I caused a true and correct copy of the **Notice of Trustee's Final Report and Applications for Compensation and Deadline to Object (NFR)** to be served on the persons on the attached service list via First Class mail, postage prepaid, as indicated on the service list.

/s/   Steven R. Radtke
STEVEN R. RADTKE, TRUSTEE
Attorney ID No. 0312-4816
79 WEST MONROE STREET
SUITE 1305
CHICAGO IL 60603
(312) 346-1935

BeardenNFRCrtSrv

# SERVICE LIST
# ISOM BEARDEN, DEBTOR
# CASE NO. 17-25901

Office of the United States Trustee
219 South Dearborn, Room 873
Chicago, IL 60604

Isom Bearden
6932 South Paxton Avenue
Chicago, IL 60649-1718

Department of the Treasury
Internal Revenue service
P.O. Box 7346
Philadelphia, PA 19101-7346

City of Chicago
Department of Finance-Utility Billing
P.O. Box 6330
Chicago, IL 60680

SLM Bank
c/o Navient Solutions, LLC
P.O. Box 9640
Wilkes-Barre, PA 18773-9640

Tamela Christian
10900 S. Sangamon
Chicago, IL 60643

American Express Centurion Bank
c/o Becket and Lee LLP
P.O. Box 3001
Malvern, PA 19355-0701

Tonya Spencer
c/o Illinois Advocates, LLC
77 West Washington Street
Suite 2120
Chicago, IL 60602

BeardenTFRSrvList

1