UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In Re: §
 §
Isom Bearden § Case No. 17-25901
 §
 §
        Debtor §

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

   STEVEN R. RADTKE, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

   1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

   2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: 438,650.00<br>*(Without deducting any secured claims)* | Assets Exempt: 6,700.00 |
| Total Distributions to Claimants:  10,581.00 | Claims Discharged<br>Without Payment:  485,629.56 |
| Total Expenses of Administration:  3,759.00 | |

   3) Total gross receipts of $ 20,000.00  (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 5,660.00  (see **Exhibit 2**), yielded net receipts of $ 14,340.00  from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ 482,967.98 | $ 20,586.16 | $ 20,000.00 | $ 10,581.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 3,759.00 | 3,759.00 | 3,759.00 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | NA | 2,850.00 | 2,850.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 49,924.22 | 31,309.72 | 31,309.72 | 0.00 |
| **TOTAL DISBURSEMENTS** | $ 532,892.20 | $ 58,504.88 | $ 57,918.72 | $ 14,340.00 |

   4)  This case was originally filed under chapter 7 on  08/29/2017 .  The case was pending for 20 months.

   5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

   6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

   Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

   Dated:  04/10/2019          By: /s/STEVEN R. RADTKE
                                                      Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| 2001 Chrysler Prowler Mileage: 14000 Location: 6932 South Pa | 1129-000 | 20,000.00 |
| **TOTAL GROSS RECEIPTS** | | **$ 20,000.00** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| Isom Bearden | Exemptions | 8100-002 | 5,660.00 |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$ 5,660.00** |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Ford Credit Corp., PO Box 790093 Saint Louis, MO 63179 | | 15,854.00 | NA | NA | 0.00 |
| | Urban Partnership Bank, PO Box 19260 Chicago, IL 60619-0260 | | 431,421.28 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 2 | City Of Chicago | 4110-000 | 692.70 | 586.16 | 0.00 | 0.00 |
| 6 | Tonya Spencer | 4110-000 | 35,000.00 | 20,000.00 | 20,000.00 | 10,581.00 |
| TOTAL SECURED CLAIMS | | | $ 482,967.98 | $ 20,586.16 | $ 20,000.00 | $ 10,581.00 |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| STEVEN R. RADTKE | 2100-000 | NA | 2,184.00 | 2,184.00 | 2,184.00 |
| STEVEN R. RADTKE | 2200-000 | NA | 15.56 | 15.56 | 15.56 |
| STEVEN R. RADTKE | 3110-000 | NA | 1,500.00 | 1,500.00 | 1,500.00 |
| STEVEN R. RADTKE | 3120-000 | NA | 59.44 | 59.44 | 59.44 |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ NA | $ 3,759.00 | $ 3,759.00 | $ 3,759.00 |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA: NA | NA | NA | NA | NA | NA |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ NA | $ NA | $ NA | $ NA |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | | | 0.00 | NA | NA | 0.00 |
| 6 | Tonya Spencer | 5800-000 | NA | 2,850.00 | 2,850.00 | 0.00 |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ NA | $ 2,850.00 | $ 2,850.00 | $ 0.00 |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Chapman Home Care, 1314 W. 91street Chicago, IL 60620 | | 1,250.00 | NA | NA | 0.00 |
| | David Kadazi, 33 N. LaSalle St. Ste. 1930 Chicago, IL 60602 | | 750.00 | NA | NA | 0.00 |
| | John B. Russell Jr & Associates, 1215 Military Hwy Norfolk, VA 23502 | | 800.00 | NA | NA | 0.00 |
| | Liberty Financial, 4900- F Creekside Drive Clearwater, FL 33760 | | 1,052.22 | NA | NA | 0.00 |
| | Peoples Gas, PO Box 2968 Milwaukee, WI 53201-2968 | | 342.34 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | SYNCB/ HH Gregg, PO Box 965036 Orlando, FL 32896 | | 0.00 | NA | NA | 0.00 |
| | SYNCB/ Walmart, PO Box 965024 Orlando, FL 32896 | | 0.00 | NA | NA | 0.00 |
| 5 | American Express Centurion Bank | 7100-000 | 2,065.00 | 1,238.98 | 1,238.98 | 0.00 |
| 1 | Department Of The Treasury | 7100-000 | 1,738.76 | 1,742.95 | 1,742.95 | 0.00 |
| 3 | Slm Bank C/O | 7100-000 | 1,965.00 | 2,016.35 | 2,016.35 | 0.00 |
| 4 | Tamela Christian | 7100-000 | 4,960.90 | 4,960.90 | 4,960.90 | 0.00 |
| 6 | Tonya Spencer | 7100-000 | 35,000.00 | 21,350.54 | 21,350.54 | 0.00 |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ 49,924.22 | $ 31,309.72 | $ 31,309.72 | $ 0.00 |

**FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Exhibit 8

| Case No: | 17-25901 | DLT | Judge: | Deborah L. Thorne | Trustee Name: | STEVEN R. RADTKE |
| Case Name: | Isom Bearden | | | | Date Filed (f) or Converted (c): | 08/29/2017 (f) |
| | | | | | 341(a) Meeting Date: | 10/02/2017 |
| For Period Ending: | 04/10/2019 | | | | Claims Bar Date: | 01/04/2018 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 6932 South Paxton Avenue Chicago Il 60649-1718 Cook | 425,000.00 | 425,000.00 | OA | 0.00 | FA |
| 2. 2014 Ford Fusion Mileage: 19000 Location: 6932 South Paxton | 10,500.00 | 10,500.00 | | 0.00 | FA |
| 3. 2001 Chrysler Prowler Mileage: 14000 Location: 6932 South Pa | 20,000.00 | 20,000.00 | | 20,000.00 | FA |
| 4. Living Room Set: 1 Couch, Chase Lounge, Coffee Table From 19 | 90.00 | 0.00 | | 0.00 | FA |
| 5. Queen Bed & Night Stand Location: 6932 South Paxton Avenue, | 70.00 | 0.00 | | 0.00 | FA |
| 6. Computer Desk Location: 6932 South Paxton Avenue, Chicago Il | 20.00 | 0.00 | | 0.00 | FA |
| 7. Dining Table & Chairs Location: 6932 South Paxton Avenue, Ch | 80.00 | 0.00 | | 0.00 | FA |
| 8. Wall Unit Location: 6932 South Paxton Avenue, Chicago Il 606 | 50.00 | 0.00 | | 0.00 | FA |
| 9. Tv Location: 6932 South Paxton Avenue, Chicago Il 60649-1718 | 200.00 | 0.00 | | 0.00 | FA |
| 10. Laptop Location: 6932 South Paxton Avenue, Chicago Il 60649- | 50.00 | 0.00 | | 0.00 | FA |
| 11. Clothes Location: 6932 South Paxton Avenue, Chicago Il 60649 | 350.00 | 0.00 | | 0.00 | FA |
| 12. Kitchen Appliances: Stove & Fridge Location: 6932 South Paxt | 100.00 | 0.00 | | 0.00 | FA |
| 13. Cash Location: 6932 South Paxton Avenue, Chicago Il 60649-1 | 80.00 | 0.00 | | 0.00 | FA |
| 14. Location: 6932 South Paxton Avenue, Chicago Il 60649-1718 T | 2,500.00 | 0.00 | | 0.00 | FA |
| 15. Location: 6932 South Paxton Avenue, Chicago Il 60649-1718 J | 600.00 | 0.00 | | 0.00 | FA |
| INT. Post-Petition Interest Deposits (u) | Unknown | N/A | | 0.00 | Unknown |

Gross Value of Remaining Assets

| | | | | |
|---|---|---|---|---|
| TOTALS (Excluding Unknown Values) | $459,690.00 | $455,500.00 | $20,000.00 | $0.00 |

(Total Dollar Amount in Column 6)

Exhibit 8

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

8/2018 Objection filed to Claim No. 6

6/2018  Court has taken matter re bank funds under advisement

3/2018 Trustee and creditor made competing claims to funds on deposit at JPMorgan Chase

2/2018 Trustee made demand for turnover of funds held in account at JPMorgan Chase

12/2017  Trustee authorized to sell estate's right title and interest in 2001 Chrysler Prowler Convertible automobile for $20K

10/2017 Trustee will administer 2001 Chrysler Prowler Convertible  automobile

Initial Projected Date of Final Report (TFR): 06/01/2019        Current Projected Date of Final Report (TFR): 06/01/2019

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

Case No: 17-25901
Case Name: Isom Bearden
Taxpayer ID No: XX-XXX0323
For Period Ending: 04/10/2019

Trustee Name: STEVEN R. RADTKE
Bank Name: Associated Bank
Account Number/CD#: XXXXXX6412
Checking
Blanket Bond (per case limit): $5,000,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 11/17/17 | 3 | Barbara Casey | Proceeds of Sale of Automobile | 1129-000 | $20,000.00 | | $20,000.00 |
| 12/19/18 | 1001 | Isom Bearden<br>6932 SOUTH PAXTON AVENUE<br>CHICAGO, IL  60649-1718 | Debtor Exemptions<br>$2,400 [735 ILCS 5/12-1001(c)]<br>$3,260 [735 ILCS 5/12-1001(b)] | 8100-002 | | $5,660.00 | $14,340.00 |
| 04/05/19 | 1002 | STEVEN R. RADTKE<br>CHILL, CHILL & RADTKE, P.C.<br>79 WEST MONROE STREET<br>SUITE 1305<br>CHICAGO, IL  60603<br>, | Final distribution creditor account # representing a payment of 100.00 % per court order. | 2100-000 | | $2,184.00 | $12,156.00 |
| 04/05/19 | 1003 | STEVEN R. RADTKE<br>CHILL, CHILL & RADTKE, P.C.<br>79 WEST MONROE STREET<br>SUITE 1305<br>CHICAGO, IL  60603<br>, | Final distribution creditor account # representing a payment of 100.00 % per court order. | 2200-000 | | $15.56 | $12,140.44 |
| 04/05/19 | 1004 | STEVEN R. RADTKE<br>CHILL, CHILL & RADTKE, P.C.<br>79 WEST MONROE STREET<br>SUITE 1305<br>CHICAGO, IL  60603<br>, | Final distribution creditor account # representing a payment of 100.00 % per court order. | 3110-000 | | $1,500.00 | $10,640.44 |
| 04/05/19 | 1005 | STEVEN R. RADTKE<br>CHILL, CHILL & RADTKE, P.C.<br>79 WEST MONROE STREET<br>SUITE 1305<br>CHICAGO, IL  60603<br>, | Final distribution creditor account # representing a payment of 100.00 % per court order. | 3120-000 | | $59.44 | $10,581.00 |
| 04/05/19 | 1006 | Tonya Spencer<br>C/O Illinois Advocates, Llc<br>William M Tasch And Cassandra Voissem<br>77 W. Washington St., Ste 2120<br>Chicago, Il 60602 | Final distribution to claim 6 creditor account # representing a payment of 52.91 % per court order. | 4110-000 | | $10,581.00 | $0.00 |

Page Subtotals: $20,000.00   $20,000.00

UST Form 101-7-TDR (10/1/2010) (Page: 9)

|  | | |
|---|---:|---:|
| COLUMN TOTALS | $20,000.00 | $20,000.00 |
| Less: Bank Transfers/CD's | $0.00 | $0.00 |
| Subtotal | $20,000.00 | $20,000.00 |
| Less: Payments to Debtors | $0.00 | $5,660.00 |
| Net | $20,000.00 | $14,340.00 |

| | | |
|---|---:|---:|
| Page Subtotals: | $0.00 | $0.00 |

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| Case No: | 17-25901 | Trustee Name: | STEVEN R. RADTKE |
| Case Name: | Isom Bearden | Bank Name: | Axos Bank |
| | | Account Number/CD#: | XXXXXX0068 |
| | | | Checking |
| Taxpayer ID No: | XX-XXX0323 | Blanket Bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 04/10/2019 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| | | No Transactions | | | | | $0.00 |

| | | |
|---|---:|---:|
| COLUMN TOTALS | $0.00 | $0.00 |
| Less: Bank Transfers/CD's | $0.00 | $0.00 |
| Subtotal | $0.00 | $0.00 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $0.00 | $0.00 |

Page Subtotals:   $0.00   $0.00

Exhibit 9

TOTAL OF ALL ACCOUNTS

| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX0068 - Checking | $0.00 | $0.00 | $0.00 |
| XXXXXX6412 - Checking | $20,000.00 | $14,340.00 | $0.00 |
| | $20,000.00 | $14,340.00 | $0.00 |
| | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | |
|---|---|
| Total Allocation Receipts: | $0.00 |
| Total Net Deposits: | $20,000.00 |
| Total Gross Receipts: | $20,000.00 |

Page Subtotals:   $0.00   $0.00